UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION_____/ | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTGRATE JUDGE BRUCE REINHART |
| **THIS DOCUMENT RELATES TO:**<br><br>Estate of Rodney Walker<br>(Plaintiff Name(s)) | **JURY TRIAL DEMANDED** |

## SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by referenced the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Liability Litigation*, MDL No. 2924 (S.D. Fla). Plaintiff(S) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

**I.    PARTIES, JURISDICTION, AND VENUE**

A. **PLAINTIFF(S)**

1. Plaintiff(s) The Estate of Rodney Walker, ("Plaintiff(s)") brings this action (check the applicable designation):

☐ On behalf of [himself/herself];

☒ In representative capacity as the Administrators, on behalf of the injured party, (Injured Party's Name) The Estate of Rodney Walker.

2. Injured Party is currently a resident and citizen of (City, State) _____ and claims damages as set forth below.

-OR-

Decedent died on (Month, Day, Year) October 30, 2019. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) Winchester, Kentucky.

If any party claims loss of consortium,

3. Marquesha Bowling, Rontaveus Walker, Antonyus Walker and Jozlynne Herring ("Consortium Plaintiffs") allege damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiffs are citizens and residents of Richmond, Kentucky.

5. At the time the alleged injury occurred, Consortium Plaintiffs resided in Richmond, Kentucky.

**B. DEFENDANT(S)**

6. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

   a. **Brand Manufacturers:**

   b. **Generic Manufacturers:**

       a. **Glenmark (All Glenmark Defendants as referenced in the MPIC)**
       b. **Strides (All Strides Defendants as referenced in the MPIC)**

   c. **Distributors:**

   d. **Retailers:**

   e. **Repackagers:**

   f. **Others Not Named in the MPIC:**

C. **JURISDICTION AND VENUE**

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their action was removed]:

   Eastern District of Kentucky, Central Division at Lexington

8. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

   ☒ By prescription

   ☐ Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) December, 2016 to October, 2019.

## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BRIAN CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL CANCER | |
| ☐ | ESOPHAGEAL/THROAT/NASAL CANCER | |
| ☐ | INTESTINAL CANCER | |
| ☐ | KIDNEY CANCER | |
| ☒ | LIVER CANCER | 10/14/2019 |
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |

| | | |
|---|---|---|
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | STOMACH CANCER | |
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☒ | OTHER CANCER: NEUROENDOCRINE CARCINOMA OF APPENDIX | 10/14/2019 |
| ☒ | DEATH (CAUSED BY CANCER) | 10/30/2019 |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereafter adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☒ | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☒ | II | STRICT PRODUCTS LIABLITY – DESIGN DEFECT |
| ☒ | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ☒ | IV | NEGLIGENCE – FAILURE TO WARN |
| ☒ | V | NEGLIGENT PRODUCT DESIGN |
| ☒ | VI | NEGLIGENT MANUFACTURING |
| ☒ | VII | GENERAL NEGLIGENCE |
| ☒ | VIII | NEGLIGENT MISREPRESENTATION |
| ☒ | IX | BREACH OF EXPRESS WARRANTIES |

| ☒ | X | BREACH OF IMPLIED WARRANTIES |
|---|---|---|
| ☒ | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statue below:<br>KRS 367 et. seq. _____ |
| ☒ | XII | UNJUST ENRICHMENT |
| ☒ | XIII | LOSS OF CONSORTIUM |
| ☒ | XIV | SURVIVAL ACTION |
| ☒ | XV | WRONGFUL DEATH |
| ☐ | XVI | OTHER: |
| ☐ | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

_____

_____

_____

### V.   JURY DEMAND

14. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

### VI.   PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

Respectfully submitted,


*/s/ Gary F. Franke*
Gary F. Franke            (OH#0029793)
Michael D. O'Neill        (OH#0075195)
William M. Bristol        (OH#0074005)
GARY F. FRANKE CO., L.P.A.
Attorneys for Estate of Rodney Walker
120 East 4th Street - Suite 1040
Cincinnati, Ohio 45202
(513) 564-9222
Fax (513) 564-9990
mdo@garyfrankelaw.com
wmb@garyfrankelaw.com


*/s/ C. David Ewing*
C. David Ewing            (KY#81580)
Ewing & Willis, PLLC
Attorney for the Estate of Rodney Walker
6009 Brownsboro Park Blvd., Ste. B
Louisville, KY 40207
Tel:  (502) 585-5800
Fax:  (502) 585-5858
huntingcreek@twc.com